Evangeles Doropoulos, Appellant, v. Peter Miller, Appellee.

Gen. No. 44,514.

662

 opinion
filed May 18, 1949; rehearing denied June 13, 1949; released for publication June 17, 1949. Francis Borrelli and Robert R. Porto, for appellant; Max C. Liss, of counsel; Frank F. Trunk, Homer A. Dodge and Grenville Beardsley, for appellee. Opinion by JUSTICE KILEY. Not to be published in full.